JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 3123 SMB LLC, | ) | Case No.: CV 14-8115 DSF (FFMx) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| STEVEN HORN, | ) | |
| Defendant. | ) | |

The Court having ordered that the case be dismissed for lack of subject matter jurisdiction,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed without prejudice, and that defendant recover his costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1919.

Dated: 2/16/16

_____
Dale S. Fischer
United States District Judge