# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3123 SMB LLC,<br>  Plaintiff,<br><br>  v.<br><br>STEVEN HORN,<br>  Defendant. | CV 14-8115 DSF (FFMx)<br><br><br>JUDGMENT |

The Court having ordered that the complaint be dismissed for lack of subject matter jurisdiction,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed without prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1919.

Date: 5/7/18

Dale S. Fischer
United States District Judge